OSCN Found Document:MULTIPLE INJURY TRUST FUND v. BAILEY

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 MULTIPLE INJURY TRUST FUND v. BAILEY
2015 OK 83
Case Number: 112575
Decided: 12/14/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 83, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

 

 

MULTIPLE INJURY TRUST FUND, Petitioner,
v.
JULIE BAILEY and THE WORKERS' COMPENSATION COURT, Respondents.

ORDER

¶1 The opinion of the Court of Civil Appeals, Division IV, filed on March 19, 2015, in the above-styled cause is vacated. The Order of the Workers' Compensation Court on January 29, 2014, is supported by competent evidence and affirmed under Rule 1.202(b).

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 14TH day of December, 2015.

/S/CHIEF JUSTICE

Reif, C.J., Combs, V.C.J., Kauger, Watt, Winchester, Edmondson, Taylor, Gurich, JJ., concur.

Colbert, J., concurs in result.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.